IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02446-WDM-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES F. HOLMES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Vacate Discovery Deadlines *(doc. #17)* is GRANTED. All pretrial deadlines and future hearing dates are VACATED and this matter is STAYED pending a ruling on the Motion to Dismiss.

    IT IS FURTHER ORDERED that within 72 hours of their receipt of a decision denying the motion to dismiss *(doc. no. 7)*, counsel shall contact Magistrate Judge Shaffer's chambers (303.844.2117) to set up a telephonic status conference.

**DATED:**    June 12, 2009