IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02446-WDM-CBS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAMES F. HOLMES,

     Defendant.

---

## ORDER

---

Miller, J.

This is an action by the United States seeking to recover unpaid corporate tax obligations from the corporation's sole shareholder. After resolution of Plaintiff's Motion for Summary Judgment (ECF No. 51), issues of liability have been resolved in this matter, but final judgment has not been entered because I was unable to determine the exact tax liability owed by Defendant. March 30, 2011 Order, ECF No. 62. Since then, no further filings have appeared on the docket. In order to bring this case to a conclusion, the parties are hereby ordered to file on or before June 15, 2011 a status report or other necessary motions in order to determine final issues in this matter.

DATED at Denver, Colorado, on June 2, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL