IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02446-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES F. HOLMES,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Renewed Motion for Entry of Judgment [Docket No. 78] filed by plaintiff United States of America.[1] On February 24, 2012, the Court ordered that the United States file a renewed motion for entry of judgment which includes the dates of certain distributions and a calculation of interest on each distribution pursuant to Colo. Rev. Stat. § 5-12-102(1)(a). *See* Docket No. 74 at 10. Through the motion before the Court, the United States did so, providing its calculations of defendant's total liability as of April 6, 2012. In his response, defendant does not dispute the accuracy of the United States' calculations or oppose its request for liability to be calculated as of April 6, 2012. *See* Docket No. 82.[2] Consequently, it is

---

[1] Relevant background can be found in the Court's Order [Docket No. 62] on the United States' Motion for Summary Judgment [Docket No. 51] and Order [Docket No. 74] on the United States' Motion for Entry of Judgment [Docket No. 64].

[2] Instead, defendant seeks to either renew earlier motions or seek reconsideration of prior rulings of the Court. The Court does not consider these requests for court action because they have not been properly presented to the Court for consideration. *See* D.C.COLO.LCivR 7.1(C) ("A motion shall not be included in a

**ORDERED** that the Renewed Motion for Entry of Judgment [Docket No. 78] filed by plaintiff United States of America is GRANTED.  Judgment shall enter in favor of plaintiff United States of America and against defendant on Claim 3 of the United States' Amended Complaint and the United States' remaining claims are dismissed as moot.  It is further

**ORDERED** that, on or after April 6, 2012, the Court shall supplement the judgment to include the total amount of defendant's liability to the United States as of that date.  It is further

**ORDERED** that this case shall be closed in its entirety.

DATED March 26, 2012.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge

---

response or reply to the original motion. A motion shall be made in a separate paper."); *see also* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). Furthermore, defendant simply "incorporates by reference his prior arguments," *see* Docket No. 82 at 2, but fails to identify any basis that would justify revisiting earlier orders.