IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02446-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES F. HOLMES,

    Defendant.

**ORDER**

This matter is before the Court on the Final Judgment [Docket No. 84] which entered on March 27, 2012.  On February 24, 2012, the Court ordered that the United States file a renewed motion for entry of judgment which includes the dates of certain distributions and a calculation of interest on each distribution pursuant to Colo. Rev. Stat. § 5-12-102(1)(a).  *See* Docket No. 74 at 10.  The United States provided its calculations of defendant's total liability as of April 6, 2012.  Defendant did not dispute the accuracy of the United States' calculations or oppose its request for liability to be calculated as of April 6, 2012.  *See* Docket No. 82.  Therefore, the Court ordered that final judgment enter in favor of plaintiff United States of America.  The Court further stated that, on or after April 6, 2012, the Court would supplement the judgment to include the total amount of defendant's liability to the United States as of that date. Consequently, it is

    **ORDERED** that the final judgment [Docket No. 84] in this case shall be

supplemented to enter judgment in favor of plaintiff United States of America and against defendant on Claim 3 of the United States' Amended Complaint in the amount of $2,533,930.94.

DATED April 11, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge